Prob 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 07-06021-01-CR-SJ-GAF |
| | DOCKET NUMBER *(Rec. Court)* |
| | 1:15CR00010-01 |

RECEIVED
MAR 12 2015
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| CHRISTOPHER A. WALKER | Western District of Missouri | Western Division |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | The Honorable Gary A. Fenner |

| DATES OF PROBATION /SUPERVISED RELEASE. | From 07/15/2013 | To 07/14/2017 |
|---|---|---|

**OFFENSE**

Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams or More of Methamphetamine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Iowa upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

February 4, 2015
Date

s/ Gary A. Fenner
Gary A. Fenner
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of the order.

February 17, 2015
Effective Date

JAMES E. GRITZNER, Chief Judge
U.S. DISTRICT COURT

U.S. District Court
Western District of Missouri (St. Joseph)
CRIMINAL DOCKET FOR CASE #: 5:07-cr-06021-GAF-1
Internal Use Only

Case title: USA v. Walker et al

Date Filed: 10/02/2007
Date Terminated: 05/12/2009

Assigned to: District Judge Gary A. Fenner

**Defendant (1)**

**Christopher A Walker**
*TERMINATED: 05/12/2009*

represented by **Ronna Holloman-Hughes**
Federal Public Defender's Office - KCMO
818 Grand Avenue
Suite 300
Kansas City, MO 64106
(816) 471-8282
Fax: (816) 471-8008
Email: ronna_holloman-hughes@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Active*

**FPD**
Federal Public Defender
818 Grand Boulevard
Suite 300
Kansas City, MO 64106
(816) 471-8282
Email: belinda_bye@fd.org
*TERMINATED: 10/10/2007*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status:*

**Pending Counts**

**Disposition**

Defendant pleaded guilty to Count 1 on 11/21/08 of the Indictment.
IMPRISONMENT: Defendant is

| | |
|---|---|
| CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1) | hereby committed to the custody of the BOP to be imprisoned for a total term of 72 Months. The Court recommends to the BOP: Defendant be designated to an institution for participation in the 500 hour residential substance abuse treatment program. The defendant is remanded to the custody of the USM. SUPERVISED RELEASE: Upon release from imprisonment, Defendant shall be on supervised release for a term of 4 years. MSA $100 - NO FINE - NO RESTITUTION. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Kathleen D Mahoney** <br> United States Attorney's Office-KCMO <br> 400 E 9th Street <br> Suite 5510 <br> Kansas City, MO 64106 <br> (816) 426-3122 <br> Fax: (816) 426-4328 <br> Email: kate.mahoney@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Bar Status: Active* |

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | | |
|---|---|---|---|
| 02/27/2015 | | 184 | PROBATION JURISDICTION transferred to Southern District of Iowa as to Christopher A Walker. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (McDowell, Shelly) (Entered: 02/27/2015) |
| 02/04/2015 | 🔒 | 183 | (Court only) PROBATION MINUTE ORDER as to Christopher A Walker re 182 Pretrial Report/Probation Memorandum. It is hereby ORDERED that the Court concurs with the recommendation of the Probation/Pretrial Office. The transfer of jurisdiction form has been returned to the probation office.. Signed on 2/4/15 by District Judge Gary A. Fenner.This is a TEXT ONLY ENTRY. No document is attached.(Mitchell, Lisa) (Entered: 02/04/2015) |
| 02/04/2015 | 🔒 | 182 | PROBATION MEMORANDUM as to Christopher A Walker. Transfer of Jurisdiction submitted. (Koren, Beth) (Entered: 02/04/2015) |
| 11/04/2009 | | 174 | JUDGMENT RETURNED executed as to Christopher A Walker on 10/27/09. This document contains original signatures of non attorneys and is being maintained in a paper file at the court. (Wheeler, LaTandra) (Entered: 11/04/2009) |
| 06/19/2009 | | 170 | ORDER discharging bond as to Christopher A. Walker. Signed by Magistrate Judge Robert E. Larsen on 06/19/09.(Sourk, Rebecca) (Entered: 06/19/2009) |
| 05/13/2009 | 🔒 🔒 | 162 | PRESENTENCE INVESTIGATION REPORT ADDENDUM (Sealed) as to Christopher A Walker. (Related document(s) 153 ) (Boone, Trish) (Entered: 05/13/2009) |
| 05/12/2009 | | 161 | JUDGMENT and COMMITMENT as to Christopher A Walker (1), Count(s) 1, Defendant pleaded guilty to Count 1 on 11/21/08 of the Indictment. IMPRISONMENT: Defendant is hereby committed to the custody of the BOP to be imprisoned for a total term of 72 Months. The Court recommends to the BOP: Defendant be designated to an institution for participation in the 500 hour residential substance abuse treatment program. The defendant is remanded to the custody of the USM. SUPERVISED RELEASE: Upon release from imprisonment, Defendant shall be on supervised release for a term of 4 years. MSA $100 - NO FINE - NO RESTITUTION. Signed by District Judge Gary A. Fenner on 05/12/09.(McDowell, Shelly) (Entered: 05/12/2009) |
| 05/12/2009 | | 160 | Minute Entry for proceedings held before District Judge Gary A. Fenner: SENTENCING held on 5/12/2009 for Christopher A Walker (1), Count 1. (Court Reporter Kathy Calvert.) (McDowell, Shelly) (Entered: 05/12/2009) |
| 05/11/2009 | 🔒 🔒 | 159 | PRESENTENCE INVESTIGATION REPORT ADDENDUM (Sealed) as to Christopher A Walker. (Related document(s) 153 ) (Boone, Trish) (Entered: 05/11/2009) |

| 03/10/2009 | 156 | AMENDED NOTICE OF HEARING as to Christopher A Walker. This is the official notice for this hearing. Sentencing reset for 5/12/2009 11:00 AM in Courtroom 8A, Kansas City (GAF) before Judge Gary Fenner.This is a TEXT ONLY ENTRY. No document is attached.(Diefenbach, Tracy) (Entered: 03/10/2009) |
|---|---|---|
| 02/13/2009 | 154 | NOTICE OF HEARING as to Christopher A WalkerThis is the official notice for this hearing. Sentencing set for 4/14/2009 10:00 AM in Courtroom 8A, Kansas City (GAF) before Judge Gary Fenner.This is a TEXT ONLY ENTRY. No document is attached (Diefenbach, Tracy) (Entered: 02/13/2009) |
| 02/10/2009 | 153 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Christopher A Walker (Attachments: # 1 Supplement Transmittal Letter) (Boone, Trish) (Entered: 02/10/2009) |
| 11/24/2008 | 129 | PLEA AGREEMENT as to Christopher A Walker (Mahoney, Kathleen) (Entered: 11/24/2008) |
| 11/21/2008 | 128 | Minute Entry for proceedings held before District Judge Gary A. Fenner: CHANGE OF PLEA HEARING as to Christopher A Walker held on 11/21/2008, Plea entered by Christopher A Walker (1) Guilty Count 1.. (Court Reporter Kathy Calvert.) (Diefenbach, Tracy) (Entered: 11/21/2008) |
| 10/29/2008 | 125 | AMENDED NOTICE OF HEARING as to Christopher A WalkerThis is the official notice for this hearing. Change of Plea Hearing reset for 11/21/2008 11:00 AM in Courtroom 8A, Kansas City (GAF) before Judge Gary Fenner.This is a TEXT ONLY ENTRY. No document is attached.(Diefenbach, Tracy) (Entered: 10/29/2008) |
| 10/29/2008 |  | ***Remark as to Christopher A Walker: Change of plea set for 10/31/08 at 1:30 p.m. has been continued until further notice. (Diefenbach, Tracy) (Entered: 10/29/2008) |
| 09/24/2008 | 123 | NOTICE OF HEARING as to Christopher A WalkerThis is the official notice for this hearing. Change of Plea Hearing set for 10/31/2008 01:30 PM in Courtroom 8A, Kansas City (GAF) before Judge Gary Fenner.This is a TEXT ONLY ENTRY. No document is attached.(Diefenbach, Tracy) (Entered: 09/24/2008) |
| 09/23/2008 | 122 | ORDER granting motion to continue 121 . The case as to defendant Christopher A. Walker is continued. Accelerated Jury Trial set for 12/08/08. Signed by Magistrate Judge Robert E. Larsen on 09/23/08. (Sourk, Rebecca) (Entered: 09/23/2008) |
| 09/23/2008 | 121 | MOTION to continue by Christopher A Walker. Suggestions in opposition/response due by 10/8/2008 unless otherwise directed by the court. (Holloman-Hughes, Ronna) (Entered: 09/23/2008) |
| 09/23/2008 |  | ***Remark as to Christopher A Walker: Change of plea set for |

| | | |
|---|---|---|
| | | 9/23/08 at 1:30 p.m. has been cancelled. (Diefenbach, Tracy) (Entered: 09/23/2008) |
| 09/03/2008 | 110 | AMENDED NOTICE OF HEARING as to Christopher A Walker This is the official notice for this hearing. Change of Plea Hearing set for 9/23/2008 01:30 PM in Courtroom 8A, Kansas City (GAF) before Judge Gary Fenner. This is a TEXT ONLY ENTRY. No document is attached.(Diefenbach, Tracy) (Entered: 09/03/2008) |
| 09/03/2008 | 109 | AMENDED NOTICE OF HEARING as to Christopher A Walker This is the official notice for this hearing. Change of Plea Hearing reset for 9/4/2008 09:00 AM in Courtroom 8A, Kansas City (GAF) before Judge Gary Fenner. This is a TEXT ONLY ENTRY. No document is attached.(Diefenbach, Tracy) (Entered: 09/03/2008) |
| 08/26/2008 | 108 | ORDER finding as moot motion to continue 106 ; granting motion to continue 107 . The case as to defendants Christopher A. Walker, Levar D. Williams, Chad Stovall, Jeremy Ebrecht is continued. Accelerated Jury Trial set for 09/29/08. Signed by Magistrate Judge Robert E. Larsen on 08/22/08. (Sourk, Rebecca) (Entered: 08/26/2008) |
| 08/18/2008 | 100 | NOTICE OF HEARING as to Christopher A Walker This is the official notice for this hearing. Change of Plea Hearing set for 9/4/2008 01:30 PM in Courtroom 8A, Kansas City (GAF) before Judge Gary Fenner. This is a TEXT ONLY ENTRY. No document is attached.(Diefenbach, Tracy) (Entered: 08/18/2008) |
| 07/31/2008 | 92 | ORDER as to Christopher A Walker, Levar D Williams, Chad Stovall, Jeremy Ebrecht, Nathan L Hudson, Carly Albright Keller, setting pretrial conference for 3:30 p.m., 8/13/2008. Signed by Magistrate Judge Robert E. Larsen on 7/31/2008.(Marullo, Carol) (Entered: 07/31/2008) |
| 05/15/2008 | 85 | ORDER MODIFYING Conditions of Supervised Release as to Christopher A. Walker. Signed by Magistrate Judge Robert E. Larsen on 05/14/08. (Sourk, Rebecca) (Entered: 05/15/2008) |
| 05/09/2008 | 🔒 | (Court only) ***Excludable started as to Christopher A. Walker, Levar D. Williams, Chad Stovall, Jeremy Ebrecht, Nathan L. Hudson, Carly Albright Keller re: ends of justice continuance granted 05/08/08. (Sourk, Rebecca) (Entered: 05/09/2008) |
| 05/09/2008 | 84 | ORDER granting 83 motion to continue as to Defendants Christopher Walker, Levar Williams, Chad Stovall, Jeremy Ebrecht, Nathan Hudson, and Carly Albright Keller. Accelerated Jury Trial set for 08/25/08. Signed by Magistrate Judge Robert E. Larsen on 05/08/08. (Sourk, Rebecca) (Entered: 05/09/2008) |
| | | |

| | | |
|---|---|---|
| 04/24/2008 | 75 | ORDER REFERRING CASE to Magistrate Judge Robert E. Larsen as to Christopher A Walker, Levar D Williams, Chad Stovall, Mark A Keller, Jeremy Ebrecht, Nathan L Hudson, Carly Albright Keller. Signed by District Judge Gary A. Fenner on 04/24/08. (McDowell, Shelly) (Entered: 04/24/2008) |
| 01/07/2008 | 🔒 | (Court only) ***Excludable started as to Christopher A. Walker, Mark A. Keller, Jeremy Ebrecht, Nathan L. Hudson, Carly Albright Keller re: ends of justice continuance granted 01/04/08. (Sourk, Rebecca) (Entered: 01/07/2008) |
| 11/06/2007 | 46 | ORDER granting 44 motion to continue. Accelerated Jury Trial set for 02/11/08; pretrial conference continued pending further order. Signed by Judge Robert E. Larsen on 11/06/07. (Sourk, Rebecca) (Entered: 11/06/2007) |
| 11/02/2007 | 44 | MOTION to continue by Christopher A Walker. Suggestions in opposition/response due by 11/19/2007 unless otherwise directed by the court. (Holloman-Hughes, Ronna) (Entered: 11/02/2007) |
| 10/31/2007 | 43 | STIPULATIONS & ORDERS as to Christopher A Walker, Mark A Keller, Jeremy Ebrecht, Nathan L Hudson, Carly Albright Keller. Signed by Judge Robert E. Larsen on 10/31/2007. (Anderson-Porter, Sue) (Entered: 10/31/2007) |
| 10/29/2007 | 42 | ORDER as to Christopher A Walker, Mark A Keller, Jeremy Ebrecht, Nathan L Hudson, Carly Albright Keller setting pretrial conference for 9:45 a.m., 11/14/2007. Signed by Judge Robert E. Larsen on 10/29/2007. (Marullo, Carol) (Entered: 10/29/2007) |
| 10/23/2007 | 87 | ORDER setting conditions of release as to Christopher A Walker. Defendant released on a $10,000 Surety Bond, cosigned by defendant's mother, with $2500 paid into the Court Registry. This is a text entry only - the document contains original signatures of non attorneys and is being maintained in a paper file at the court. Signed by Magistrate Judge Robert E. Larsen on 10/23/2007. (Anderson-Porter, Sue) (Entered: 05/15/2008) |
| 10/23/2007 | 86 | Secured surety BOND ENTERED as to Christopher A Walker in amount of $ 10,000, cosigned by defendant's mother, Annette R. Walker, Receipt # 260936. This is a text entry only - the document contains original signatures of non attorneys and is being maintained in a paper file at the court. (Anderson-Porter, Sue) (Entered: 05/15/2008) |
| 10/11/2007 | 31 | Minute Entry for proceedings held before Judge Robert E. Larsen : ARRAIGNMENT as to Christopher A Walker (1) Count 1 and Mark A Keller (4) Count 1,2-3 held on 10/11/2007, DETENTION HEARING as to Christopher A Walker, Mark A Keller held on 10/11/2007. Defendants pleaded not guilty. This case is set on the 11/26/07 criminal trial docket. Defendant Walker will be released |

| | | |
|---|---|---|
| | | on a $10,000 bond secured with $2,500 to be deposited into the Court registry and the bond signed by defendant's mother before he can be released. Defendant M. Keller is detained as to safety of the community. Defense shall file any pretrial motions within ten days from this date; government responses due seven days after motion filed. In lieu of a scheduling conference, counsel are to meet within two weeks and submit Proposed Stipulations and Orders to chambers for filing. If parties will not be ready for trial by the scheduled docket, a motion for continuance for a date certain should be filed as soon as possible. (Court Reporter Dorothy Myers.) (Myers, Dorothy) (Entered: 10/12/2007) |
| 10/10/2007 | 21 | ARREST WARRANT RETURNED EXECUTED on 10/5/07 as to Christopher A Walker. This is a text entry only - the document contains original signatures of non attorneys and is being maintained in a paper file at the court.(Kee, Georgia) (Entered: 10/10/2007) |
| 10/09/2007 | 18 | ORDER granting 13 motion for detention hearing as to Christopher A. Walker (1); granting 14 motion to continue detention hearing as to Christopher A. Walker (1). Signed by Judge Robert E. Larsen on 10/05/07. (Sourk, Rebecca) (Entered: 10/09/2007) |
| 10/09/2007 | 17 | ORDER REFERRING CASE to Magistrate Judge Robert E. Larsen. Signed by Judge Gary A. Fenner on 10/09/07. (McDowell, Shelly) (Entered: 10/09/2007) |
| 10/09/2007 | 14 | MOTION to continue detention hearing by USA as to Christopher A Walker. Suggestions in opposition/response due by 10/25/2007 unless otherwise directed by the court. (Mahoney, Kathleen) (Entered: 10/09/2007) |
| 10/09/2007 | 13 | MOTION for detention hearing by USA as to Christopher A Walker. Suggestions in opposition/response due by 10/25/2007 unless otherwise directed by the court. (Mahoney, Kathleen) (Entered: 10/09/2007) |
| 10/05/2007 | | ORDER as to Christopher A Walker, Levar D Williams, Chad Stovall, Mark A Keller, Jeremy Ebrecht, Nathan L Hudson, Carly Albright Keller. A defendant having been arrested, it is ordered that this indictment be unsealed, and then processed in accordance with established procedure and law. Signed by United States Magistrate Judge Robert E Larsen. This is a docket entry only. No document is attached. (McDowell, Shelly) (Entered: 10/09/2007) |
| 10/05/2007 | 12 | ORDER AUTHORIZING TEMPORARY TRANSFER OF CUSTODY ON CONSENT as to Christopher A Walker, Levar D Williams, Chad Stovall, Mark A Keller, Jeremy Ebrecht, Nathan L Hudson, Carly Albright Keller. Signed by Judge Robert E. Larsen on October 5, 2007. (Rowland, Bonnie) (Entered: 10/05/2007) |
| | | |

| | | | |
|---|---|---|---|
| 10/05/2007 | | 8 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Christopher A Walker: FPD for Christopher A Walker appointed. Signed by Judge Robert E. Larsen on October 5, 2007. (Rowland, Bonnie) (Entered: 10/05/2007) |
| 10/05/2007 | | 4 | AFFIDAVIT of Financial Status of Christopher A Walker. This is a text entry only - the document contains original signatures of non attorneys and is being maintained in a paper file at the court. (Rowland, Bonnie) (Entered: 10/05/2007) |
| 10/05/2007 | | 3 | Minute Entry for proceedings held before Judge Robert E. Larsen : INITIAL APPEARANCE as to Christopher A Walker, Mark A Keller, Jeremy Ebrecht, Carly Albright Keller held on 10/5/2007. Detention hearings as to defendants Christopher Walker and Mark Keller as well as Arraignment for all defendants set for 10/11/2007 01:30 PM in Courtroom 6D, Kansas City (REL) before Judge Robert Larsen. Christopher Walker and Mark Keller are returned to the custody of the U.S. Marshal pending detention hearing. Defendants Jeremy Ebrecht and Carly Albright Keller are released on $5,000.00 unsecured surety bonds and advised their conditions of release. (Court Reporter B. Rowland.) (Rowland, Bonnie) (Entered: 10/05/2007) |
| 10/05/2007 | | | ARREST of Christopher A Walker, Mark A Keller, Jeremy Ebrecht, Carly Albright Keller (Rowland, Bonnie) (Entered: 10/05/2007) |
| 10/05/2007 | | | ORDER as to Christopher A Walker, Levar D Williams, Chad Stovall, Mark A Keller, Jeremy Ebrecht, Nathan L Hudson and Carly Albright Keller. A defendant having been arrested, it is ordered that this indictment be unsealed, and then processed in accordance with established procedure and law. Signed by United States Magistrate Judge Robert E Larsen. This is a docket entry only. No document is attached. (Jones, Robin) (Entered: 10/05/2007) |
| 10/02/2007 | 🔒 | | (Court only) ARREST WARRANTS ISSUED as to Christopher A Walker, Levar D Williams, Chad Stovall, Mark A Keller, Jeremy Ebrecht, Nathan L Hudson and Carly Albright Keller. This is a docket entry only. No document is attached.(Jones, Robin) (Entered: 10/03/2007) |
| 10/02/2007 | 🔒 | 2 | UNREDACTED INDICTMENT (SEALED) as to Christopher A Walker, Levar D Williams, Chad Stovall, Mark A Keller, Jeremy Ebrecht, Nathan L Hudson and Carly Albright Keller. (Jones, Robin) (Entered: 10/03/2007) |
| 10/02/2007 | | 1 | INDICTMENT - **THIS IS A REDACTED VERSION OF THE DOCUMENT IN COMPLIANCE WITH THE PRIVACY POLICY OF NOVEMBER 1, 2004,** as to Christopher A Walker (1) count(s) 1, Levar D Williams (2) count(s) 1, Chad Stovall (3) |

| | | |
|---|---|---|
| | | count(s) 1, 4, Mark A Keller (4) count(s) 1, 2-3, Jeremy Ebrecht (5) count(s) 1, Nathan L Hudson (6) count(s) 1, Carly Albright Keller (7) count(s) 1, 3. (Attachments: # 1 Criminal Cover Sheet - Christopher A. Walker# 2 Criminal Cover Sheet - Levar D. Williams# 3 Criminal Cover Sheet - Chad Stovall# 4 Criminal Cover Sheet - Mark A. Keller# 5 Criminal Cover Sheet - Jeremy Ebrecht# 6 Criminal Cover Sheet - Nathan L. Hudson# 7 Criminal Cover Sheet - Carly Albright Keller) (Jones, Robin) (Entered: 10/03/2007) |
| 10/02/2007 | | ORDER as to Christopher A Walker, Levar D Williams, Chad Stovall, Mark A Keller, Jeremy Ebrecht, Nathan L Hudson, Carly Albright Keller. This indictment shall be kept secret until a defendant is in custody or has been given bail, and upon completion of the issuance of the warrant of arrest, the Clerk shall seal the indictment, and it shall remain sealed pending further order of the Court. Signed by United States Magistrate Judge John T Maughmer. This is a docket entry only. No document is attached. (Jones, Robin) (Entered: 10/03/2007) |

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. _____ |
| | ) | |
| Plaintiff, | ) | COUNT ONE: |
| | ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) |
| v. | ) | NLT 10 Years Imprisonment |
| | ) | NMT Life Imprisonment |
| CHRISTOPHER A. WALKER, | ) | NMT $4,000,000 fine |
| [DOB: 05/11/1976] | ) | NLT 5 Years Supervised Release |
| | ) | Class A Felony |
| LEVAR D. WILLIAMS, | ) | |
| [DOB: 10/25/1977] | ) | COUNTS TWO, THREE and FOUR: |
| | ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| CHAD STOVALL, | ) | NMT 20 Years Imprisonment |
| a/k/a: Chad Stoval, | ) | NMT $1,000,000 Fine |
| [DOB: 12/02/1971] | ) | NLT 3 years Supervised Release |
| | ) | Class C Felony |
| MARK A. KELLER, | ) | |
| [DOB: 12/02/1978] | ) | $100 Mandatory Special |
| | ) | Assessment for Counts 1 through 4 |
| JEREMY EBRECHT, | ) | |
| [DOB: 04/09/1975] | ) | |
| | ) | |
| NATHAN L. HUDSON, | ) | |
| [DOB: 06/20/1982] | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CARLY ALBRIGHT KELLER, | ) | |
| [DOB: 01/04/1982] | ) | |
| | ) | |
| Defendants. | ) | |

**INDICTMENT**

THE GRAND JURY CHARGES:

COUNT ONE

That between on or about August 1, 2004, to and including the date of this indictment, said dates being approximate, in the Western District of Missouri and elsewhere,

CHRISTOPHER WALKER, LEVAR WILLIAMS, CHAD STOVALL, MARK KELLER, JEREMY EBRECHT, NATHAN L. HUDSON and CARLY ALBRIGHT KELLER, defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and others both known and unknown to the grand jury, to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in an amount of five-hundred (500) grams or more, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A); all in violation of Title 21, United States Code, Section 846.

## COUNT TWO

That on or about September 12, 2005, in the Western District of Missouri, MARK KELLER, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE

That on or about September 16, 2005, in the Western District of Missouri, MARK KELLER and CARLY ALBRIGHT, defendants herein, aiding and abetting each other, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT FOUR

That on or about March 5, 2007, in the Western District of Missouri, CHAD STOVALL, defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or

substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL:

/s/ Joseph Carle
FOREPERSON OF THE GRAND JURY

/s/ Kathleen D. Mahoney
Kathleen D. Mahoney #38828
Assistant United States Attorney

Dated: 10/2/07
Kansas City, Missouri

3

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

**UNITED STATES OF AMERICA**

-vs-

**CHRISTOPHER A. WALKER**

Case No.: 07-06021-01-CR-SJ-GAF

USM Number: 20372-045

Ronna Holloman-Hughes, AFPD

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count 1 on 11/21/08 of the Indictment. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 841(a)(1),(b)(1)(B) and 846 | Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams or More of Methamphetamine | October 2, 2007 | 1 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: May 12, 2009

/s/ Gary A. Fenner
GARY A. FENNER
UNITED STATES DISTRICT JUDGE

May 12, 2009

CHRISTOPHER A. WALKER  
07-06021-01-CR-SJ-GAF

Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **72 Months**.

The Court recommends to the Bureau of Prisons:

> Defendant be designated to an institution for participation in the 500 hour residential substance abuse treatment program.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal

AO 245B (Rev. 12/03) Judgment in a Criminal Case

CHRISTOPHER A. WALKER
07-06021-01-CR-SJ-GAF

Page 3 of 5

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **4 years**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

If this judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;

7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## SPECIAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following special conditions of supervised release:

1. The defendant shall successfully participate in a substance abuse counseling program, which may include urinalysis, sweat patch, or Breathalyzer testing, as approved by the Probation Office, and pay any associated costs as directed by the Probation Office.

2. The defendant shall not consume or possess alcoholic beverages or beer, including 3.2 percent beer, at any time, and shall not be present in any establishment where alcoholic beverages are the primary items for sale.

3. The defendant shall submit his person, residence, office or vehicle to a search, conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

4. Satisfy any warrants/pending charges within the first 60 days of supervised release.

## ACKNOWLEDGMENT OF CONDITIONS

I have read or have had read to me the conditions of supervision set forth in this judgment and I fully understand them. I have been provided a copy of them.

I understand that upon finding of a violation of probation or supervised release, the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

_____      _____
Defendant                                                    Date

_____      _____
United States Probation Officer                       Date

CHRISTOPHER A. WALKER
07-06021-01-CR-SJ-GAF

Page 5 of 5

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| $100.00 | $ | $ |

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

Note: Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

Lump sum payment of **$100.00** due immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

AO 245B (Rev. 12/03) Judgment in a Criminal Case

Case 5:07-cr-06021-GAF  Document 161  Filed 05/12/09  Page 5 of 5